AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

LUCAS LORENZO BRADLEY,

  Plaintiff,

          v.

MARTIN J. O'MALLEY,

  Defendant,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV124-21

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Order of this Court entered on November 15, 2024, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of this Court. Therefore, the Commissioner's final decision should be Affirmed. This acivil action stands closed.



| November 15, 2024 | John E. Triplett, Clerk of Court |
|---|---|
| Date | Clerk |
| | *(signature)* |
| | (By) Deputy Clerk |